November 3, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN MANUEL CASTILLO, Appellant

NO. 14-11-00397-CR
NO. 14-11-00398-CR                              V.

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the request of the appellant to withdraw the notice of appeal. Having considered the request, the Court orders the appeals **DISMISSED** and that the appellant pay all costs expended in this appeal, and further orders this decision certified below for observance.

We further order the Clerk of this Court to issue the mandate immediately.